UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| VIKING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:16-cv-25 |
| v. ) | |
| ) | |
| NBD INTERNATIONAL, INC. and ) | |
| SELECTIVE INSURANCE COMPANY OF ) | |
| AMERICA, ) | |
| ) | |
| Defendant. | |

## NOTICE OF REMOVAL

SELECTIVE INSURANCE COMPANY OF AMERICA ("Selective"), is named as a Defendant in the above-captioned case, in which the Plaintiff alleges it suffered personal property and business losses. Defendant hereby files this Notice of Removal pursuant to 28 U.S.C. §1446, and invokes this Court's jurisdiction under the provisions of 28 U.S.C. §1332 and 28 U.S.C. §1441(b). In support of said removal, Defendant states as follows:

1. On or about January 6, 2016, Plaintiff filed its Complaint in the Whitley Superior Court of Indiana, alleging personal property and business losses as a result of negligence and breach of contract. A true and correct copy of the Complaint is contained in Exhibit A. The cause of action described in those papers was brought with style and captioned as *Viking, Inc. v. NBD International, Inc. and Selective Insurance Company of America,* and assigned Cause No. 92D01-1601-PL-000006 (the "state court action").

2. On January 11, 2016, Defendant was served with a copy of Plaintiff's Complaint. 28 U.S.C. §1446(b) provides that a notice of removal may be filed within 30 days after receipt by the Defendant of the initial pleading. As such, Defendant's Notice of Removal is timely field under 28 U.S.C. §1446(b).

3. At all times relevant to the filing of the Plaintiff's Complaint and this Removal Notice, Selective was incorporated in the State of New Jersey, and had its principal place of business in the State of New Jersey; therefore, it was a citizen of the State of New Jersey. *Hertz Corp. v. Friend,* 559 U.S. 77, 80 (2010). (corporation is deemed "citizen" for §1332 purposes only where it is incorporated and where its principal place of business is located).

4. At all times relevant to the filing of the Plaintiff's Complaint and this Removal Notice, NBD International, Inc. was incorporated in the State of Ohio, and had its principal place of business in the State of Ohio; therefore, it was a citizen of the State of Ohio.

5. At no times relevant to the filing of the Plaintiff's Complaint and this Removal Notice were the Defendants citizens of the State of Indiana, nor had their principal place of business in the State of Indiana.

6. At all times relevant to the filing of the Plaintiff's Complaint and this Removal Notice, the Plaintiff was a citizen of the State of Indiana.

7. Plaintiff claims to have suffered personal and business losses. Specifically, the Plaintiff alleges that it suffered a catastrophic fire loss at its 70,000 square feet headquarters and manufacturing facility. Plaintiff claims that while representations were made that the cost of cleaning and repairing its equipment were approximately $350,000.00, its equipment and machines impacted by the fire were a total loss. As a result, the Plaintiff claims that it has suffered losses to its equipment and machines far in excess of its coverage limits, and also that is has lost customers. The Plaintiff also seeks punitive damages against Selective for breach of the duty of good faith and fair dealing, which can be used to meet the diversity jurisdictional threshold. See *LM Ins. Corp. v. Spaulding Enters. Inc.*, 533 F.3d 542, 551 (7th Cir. 2008) (holding punitive damages can satisfy the minimum amount in controversy required for diversity

25389514v1 A0207

jurisdiction if they are recoverable under state law). Thus, the amount in controversy exceeds $75,000.00, exclusive of interests and costs. See *Copak v. State Farm Mut. Auto. Ins. Co.*, 2013 WL 450198 (N.D. Ind) (holding that where the Defendant's assessment of the amount in controversy is plausible based on the pleadings and the evidence, removal is proper).

8. Because the jurisdictional minimum is satisfied and the parties are of diverse citizenship, the Court has jurisdiction over this matter under 28 U.S.C. §1332.

10. Pursuant to 28 U.S.C. §1446(b), the state court action may be removed to this Federal District Court, being a United States District Court for the Northern District of Indiana, which embraces Whitley County, Indiana, within its jurisdiction.

11. NBD International, Inc. has consented to the removal of this action as evidenced by Exhibit B.

12. Pursuant to 28 U.S.C. §1446(d), Defendant shall give written notice of this removal to all parties in the state court action, and shall file a copy of this Notice of Removal with the clerk of the state court action.

13. Pursuant to 28 U.S.C. §1446(a), Defendant attaches to this Notice of Removal a copy of all pleadings, papers, and other orders served upon it in the state court action date. See Group Exhibit C attached hereto[1].

WHEREFORE, Defendant Selective Insurance Company of America, prays this Notice be granted and that said action be removed in its entirety from the Superior Court of Whitley County, State of Indiana, to the United States District Court, Northern District of Indiana, as provided by law.

---

[1] Exhibit C will be filed in a subsequent filing as Defendant is seeking leave to file it in redacted form.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: /s/ Jennifer Kalas
Jennifer Kalas (17396-64)
322 Indianapolis Blvd.
Suite 201
Schererville, IN 46375
Phone No.: 219-864-5051
Fax No.: 219-864-5052
E-mail Address: jkalas@hinshawlaw.com

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of January, 2016 a copy of the foregoing pleading or paper was served upon all attorneys of record/appropriate parties via the Court's electronic filing system and UPS OVERNIGHT MAIL.

HINSHAW & CULBERTSON LLP

BY: /s/ Jennifer Kalas

Craig R. Patterson
Beckman Lawson, LLP
201W. Wayne Street
Fort Wayne, IN 46802
260.422.0800

NBD International, Inc.
c/o/ Lindsay Hurni Lepley
Burt, Blee, Dixon, Sutton & Bloom, LLP
200 East Main Street
Suite 1000
1st Source Banking Center
Fort Wayne, IN 46802
Phone: 260.426.1300

4

25389514v1 A0207