UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| VIKING, INC., )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>NBD INTERNATIONAL INC, )<br>and SELECTIVE INSURANCE )<br>COMPANY, )<br>)<br>Defendants ) | Cause No. 1:16-cv-00025-RL-SLC |

## PLAINTIFF'S MOTION TO REMAND

Plaintiff Viking, Inc., for its Motion to Remand, states as follows:

1. On January 6, 2016, this matter was filed in the Whitley County Superior Court.

2. On January 11, 2016, Selective Insurance Company was served with a copy of the summons and complaint. (Dkt. 2, ¶ 2).

3. On January 13, 2016, NBD International Inc. was served with a copy of the summons and complaint. (Dkt. 9).

4. On January 22, 2016, Selective filed its notice of removal.

5. Under 28 U.S.C. 1446(b)(2), all defendants must join in or consent to removal of the case to federal court.

6. The only indication that NBD International joins in or consents to removal is an email that Selective attached to its notice of removal. The email appears to be from a lawyer named Adam Fuller, who has not appeared in this action, to counsel for Selective. The email states that NBD International "consents to the removal." (Dkt. 1, Ex. B).

7. Both the Seventh Circuit and district courts within it have held that co-defendants must sign the removal petition or otherwise make their consent "official," by filing something with the court.

8. The email correspondence from Mr. Fuller does not meet the standards for formalizing consent in this circuit.

9. As a result, the removal notice is defective, and the case should be remanded to state court.

WHEREFORE, Viking, Inc. respectfully requests that this matter be remanded to state court, and grant all other just and proper relief.

    Respectfully submitted,

    BECKMAN LAWSON, LLP

By: /s/Matthew J. Elliott
Craig R. Patterson, #18104-02
cpatterson@beckmanlawson.com
Matthew J. Elliott, #21242-02
melliott@beckmanlawson.com
201 West Wayne Street
Fort Wayne, IN  46802
Telephone: (260) 422-0800
Facsimile: (260) 420-1013
ATTORNEYS FOR PLAINTIFF

3279594

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 19th day of February, 2016, the undersigned filed this Motion to Remand on the Court's CM/ECF system, which in turn generated a notice to:

Lindsay Hurni Lepley
LLepley@burtblee.com

Jennifer J Kalas
jkalas@hinshawlaw.com

Daniel K. Ryan
dryan@hinshawlaw.com

/s/Matthew J. Elliott
Matthew J. Elliott